1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   Meghan E. George (SBN 274525)
3  Thomas E. Wheeler (SBN 308789)
4  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   21550 Oxnard St. Suite 780,
5  Woodland Hills, CA 91367
   Phone: 877-206-4741
6  Fax: 866-633-0228
7  tfriedman@toddflaw.com
   abacon@toddflaw.com
8  mgeorge@toddflaw.com
9  twheeler@toddflaw.com
   *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| RACHAEL EHLER, | Case No.: 2:16-cv-01949-MCE-DB |
|---|---|
| Plaintiff | **NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RUL 270(B)** |
| v. | |
| ACCOUNT DISCOVERY SYSTEMS LLC. | |
| Defendant | |

   Plaintiff Rachel Ehler hereby requests that the assigned Judge participate in a settlement conference in this action and hereby waives any claim of disqualification of the assigned Judge on that basis thereafter.

Dated: November 7, 2016            Respectfully submitted,

                                   Law Offices of Todd M. Friedman
                                   By: s/Todd M. Friedman
                                       Todd M. Friedman, Esq.
                                       Attorney for Plaintiff

**NOTICE OF WAIVER OF DISQUALIFICATION**
-1-

Filed electronically on this 7th day of November, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Morrison C. England, Jr
United States District Court
Eastern District of California

Jeff Wiley Poole
Ropers, Majeski, Kohn & Bentley

Brendan H. Little , PHV
Lippes Mathias Wexler Friedman LLP

Stephen M. Shaner
Ropers, Majeski, Kohn & Bentley


This 7th day of November, 2016.
s/Todd M. Friedman
TODD M. FRIEDMAN